1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEREK OWENS  (CABN 230237)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov
8
   Attorneys for the United States of America
9

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,         )    No. CR 3-11-70348 JL
                                      )
15         Plaintiff,                 )
                                      )    STIPULATION AND [PROPOSED]
16     v.                             )    ORDER CONTINUING HEARING FROM
                                      )    NOVEMBER 3, 2011 TO DECEMBER 19,
17  JOSEPH LAURENSON,                 )    2011
                                      )
18         Defendant.                 )
                                      )
19

20

21         This case is scheduled for an arraignment or preliminary hearing on November 3, 2011.

22  The parties have made progress negotiating a potential pre-indictment resolution but have not yet

23  reached a complete resolution on the case.  The parties believe that continued discussions are in

24  the interests of the defendant and the government.  A continuance of the scheduled hearing will

25  allow the parties enough time to review and confer on discovery and come to a resolution on the

26  case.  The time is required for the effective preparation and continuity of defense counsel in

27  representation of defendant.

28         The parties hereby jointly and respectfully request that the Court continue this matter to

STIP. AND ORDER
CR 3-11-70348 JL

1  Monday, December 19, 2011 at 9:30 a.m., before the duty Magistrate Judge for a preliminary
2  hearing.
3     The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP)
4  5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from November 3, 2011 through
5  December 19, 2011.  The parties agree that – taking into account the public interest in prompt
6  disposition of criminal cases – good cause exists for this extension.  Defendant also agrees to
7  exclude for this period of time any time limits applicable under Title 18, United States Code,
8  Section 3161.  The parties represent that granting the continuance is the reasonable time
9  necessary for continuity of defense counsel and effective preparation of defense counsel, taking
10 into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also
11 agree that the ends of justice served by granting such a continuance outweighed the best interests
12 of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).

14 SO STIPULATED:

15                                         MELINDA HAAG
                                           United States Attorney
16
                  11/2/2011                /s/ Derek Owens
17 DATED: _____       _____
                                           DEREK OWENS
18                                         Assistant United States Attorney

19
                  11/2/2011                /s/ Ronald Tyler
20 DATED: _____       _____
                                           RONALD TYLER
21                                         Attorney for the Defendant

22

23     For the reasons stated above, the Court hereby vacates the November 3, 2011 hearing
24 before Magistrate Judge Joseph C. Spero and continues it to Monday, December 19, 2011 at 9:30
25 a.m., before the duty Magistrate Judge for a preliminary hearing.  The Court further finds that an
26 exclusion of time from November 3, 2011 through December 19, 2011 is warranted and that the
27 ends of justice served by the continuance outweigh the best interests of the public and the
28 defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d).  The failure to grant

STIP. AND ORDER
CR 3-11-70348 JL                              2

1 the requested continuance would deny the defendant of continuity of counsel and would deny
2 defense counsel the reasonable time necessary for effective preparation, taking into account the
3 exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C.
4 §3161(h)(7)(B)(iv).

6 SO ORDERED.

8 DATED: __11/3/11_____                              _____
9                                                    THE HON. JOSEPH C. SPERO
                                                     United States Magistrate Judge

STIP. AND ORDER
CR 3-11-70348 JL                    3